**SIMMONS v. STATE.**

No. 25770.

Court of Criminal Appeals of Texas.

March 26, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Appellant entered a plea of guilty to the offense of violating the liquor laws in Lamar County, and his punishment was assessed at a fine of $350 and confinement in the county jail for sixty days.

The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

**Bonnie ENGEL, Appellant, v. STATE, Appellee.**

No. 25807.

Court of Criminal Appeals of Texas.

April 2, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the unlawful possession of a narcotic drug known as nembutal; the punishment assessed is a fine of $1,000, and confinement in the county jail for a term of two years.

Upon the written motion of the appellant, duly verified by her affidavit, the appeal is ordered dismissed.

**Charlie Joseph DORRIES, Appellant, v. STATE, Appellee.**

No. 25734.

Court of Criminal Appeals of Texas.

April 2, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the court, appellant was convicted of felony theft and his punishment assessed at two years in the penitentiary.

Accompanying the record is the affidavit of appellant requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.

Opinion approved by the Court.